No. 919. GULF, MOBILE AND NORTHERN RAILROAD COMPANY v. J. A. MYERS. April 11, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Mississippi denied. *Mr. Ellis B. Cooper* for petitioner. *Mr. Elmer C. Sharp* for respondent.

No. 920. HERMANN F. M. MUTZENBECHER, FRANK F. MUTZENBECHER, ERNEST BEHR, ET AL., ETC. v. SUMNER BALLARD. April 11, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Jennings C. Wise* and *Frank D. Moore* for petitioners. *Mr. David Rumzey* for respondent.

No. 921. IVOR ARMSTRONG v. UNITED STATES. April 11, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ernest B. D. Spagnoli* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. K. L. Campbell* for the United States.

No. 923. CHARLES J. BARNES AND JEAN MASON BARNES, MARGARET MULVIHILL, AND FRANK MULVIHILL v. SOUTHERN PACIFIC COMPANY AND SOUTHERN PACIFIC RAILROAD COMPANY. April 11, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Gurney E. Newlin* for petitioner. *Messrs. Frank Thunen, C. F. R. Ogilby,* and *W. I. Gilbert* for respondents.

No. 925. MAISON DORIN SOCIETE ANONYME v. JOHN W. ARNOLD, DAN H. ARNOLD, ADELAIDE F. ARNOLD, ET AL., ETC. April 11, 1927, Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.

*Messrs. Charles R. Allen, Howard T. Kingsbury, Hugo Mock,* and *Asher Bloom* for petitioner. *Mr. Lorenzo D. Armstrong* for respondents.

---

No. 926. MAISON DORIN SOCIETE ANONYME *v.* JOHN W. ARNOLD, DAN H. ARNOLD, ADELAIDE F. ARNOLD, ET AL., ETC. April 11, 1927, Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Charles R. Allen* for petitioner. *Mr. Lorenzo D. Armstrong* for respondents.

---

No. 928. UNION TRUST COMPANY OF MARYLAND *v.* CHAPMAN A. PECK, TRUSTEE. April 11, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Walter H. Buck* for petitioner. *Messrs. G. Ridgely Sappington* and *Charles G. Baldwin* for respondent.

---

No. 932. LOUISE TAYLOR *v.* SOUTHERN RAILWAY COMPANY. April 11, 1927. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. William H. DeLacy* and *William C. DeLacy* for petitioner. No appearance for respondent.

---

No. 933. ROBERT MURPHY AND EDWARD CAPLES, ET AL., AS TRUSTEES AND EXECUTORS OF MRS. M. A. CAPLES, DECEASED *v.* FRANK W. VELLACOTT, AS TRUSTEE IN BANKRUPTCY OF ESTATE OF JOSEPH CAPLES, BANKRUPT. April 11, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John W. Morrow* for petitioners. *Mr. William H. Burges* for respondent.